IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LORENA PAEZ, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF PABLO PAEZ,
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF PABLO PAEZ, AND AS
GUARDIAN OF THE ESTATES AND NEXT FRIEND OF
PAUL J. PAEZ, A MINOR, AND JOSHUA PAEZ, A MINOR     PLAINTIFFS

V.     CIVIL ACTION NO. 3:07CV36A-A

TOYOTA MOTOR CORPORATION, INC.,
A FOREIGN CORPORATION;
TOYOTA MOTOR SALES, U.S.A., INC.,
A CALIFORNIA CORPORATION     DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This action is before the Court on the joint *ore tenus* motion of the parties for dismissal of this civil action with prejudice. The Court, being advised that these parties have reached a compromise and have settled, finds that the motion is well taken and should be granted.

IT, THEREFORE, ORDERED that this civil action is fully and finally DISMISSED WITH PREJUDICE in its entirety. Each party shall bear its own costs and attorneys' fees.

So **ORDERED**, this the 1st day of December, 2008.

                                     **/s/ Sharion Aycock**
                                     U.S. DISTRICT COURT JUDGE